AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**
JUN 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

UNITED STATES OF AMERICA
V.
**Jesus GARCIA Garcia**       39

900 Villa Dr
Watonga, OK, US

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:22-M-61492,001

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 26, 2022__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

in a matter within the Jurisdiction of the United States Department of Homeland Security, Customs and Border Protection, a Department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representation as to the material fact

in violation of Title __18__ United States Code, Section(s) __1001__

I further state that I am a(n) __CBP Officer (Enforcement)__ and that this complaint is based on the following facts: That on or about __June 26, 2022__

The DEFENDANT, a Mexican Citizen, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts. United States Department of Homeland Security, Customs and Border Protection inspection is a matter within the jurisdiction of the executive branch of the Government of the United States. The DEFENDANT attempted to make entry at Del Rio, Texas Port of Entry located within the Western District of Texas by using his son's US Passport# 557930714 issued on 04/05/2017 under the name of Christopher Garcia with a DOB 06/29/2006. Further investigation revealed that DEFENDANT's true name was Jesus Garcia Garcia with a DOB 06/22/1983 a native and citizen of Mexico with no legal documents to enter or reside in the United States.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Jose Forteza, CBP Officer (E)
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 27, 2022                                                           at        Del Rio, Texas
Date                                                                                         City and State

Collis White
United States Magistrate Judge
Name & Title of Judicial Officer                                        Signature of Judicial Officer