# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
JUN 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _NK_
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

**Jesus GARCIA Garcia**              39

## WARRANT FOR ARREST

CASE NUMBER: 2:22-M-01492,001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Jesus GARCIA Garcia**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

False statements

in violation of Title   18   United States Code, Section(s)   1001

| Collis White | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 27, 2022   Del Rio, Texas |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ DETAIN | By *(signature)* Collis White |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at **Del Rio, Texas.** |

| DATE RECEIVED<br>June 27, 2022 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE ARRESTED<br>June 26, 2022 | Jose Forteza, CBP Officer (Enforcement) | *(signature)* |

AO 442 (Rev. 12/85) Warrant of Arrest